ARROW CARRIER CORP. *v.* UNITED STATES ET AL.

No. 467.   Decided January 20, 1964.

*Christian V. Graf* for appellant.

*Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane* and *H. Neil Garson* for the United States and the Interstate Commerce Commission.

*William A. Goichman, Joseph C. Bruno* and *Edward Munce* for the Pennsylvania Public Utility Commission.

*Ernest R. von Starck, Robert H. Young* and *Carl Helmetag, Jr.* for the Pennsylvania Railroad Co. et al.

PER CURIAM.

The motion of Pennsylvania Public Utility Commission to be added as a party appellee is granted.   The motion to correct the caption to include the Pennsylvania Railroad Company, Highway Express Lines, Inc., and Modern Transfer Co., Inc., as parties appellee is granted. The motions to affirm are granted and the judgment is affirmed.